# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-1012
LT Case No. 2016-CA-1693

———————————————

MARLEN JARAMILLO, as Personal
Representative of the Estate of
Osben Jaramillo,

    Appellant,

    v.

SAL TARABOULOUS and SUSAN
TARABOULOUS,

    Appellees.

———————————————

On appeal from the Circuit Court for Seminole County.
Dawn P. Fields, Senior Judge.

Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Scot E. Samis, of Traub Lieberman Straus & Shrewsberry LLP,
St. Petersburg, for Appellees.

July 30, 2024

PER CURIAM.

    AFFIRMED.

SOUD, BOATWRIGHT, and KILBANE, JJ., concur.

―――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――